ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RICHARD LEE CANTERBURY, | Case No. CV 13-07216 JFW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: January 10, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE